1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10

11    TABA KARRON HERBERT,                          CASE NO. 12-CV-788-LAB-WVG

12                            Petitioner,           **ORDER ADOPTING REPORT**
              vs.                                   **AND RECOMMENDATION**
13

14    MARTIN BITER, Warden,

15                           Respondent.

16

17          Herbert filed a habeas petition on March 29, 2012 and an amended petition on August

18    30, 2012.  Pursuant to 28 U.S.C. § 636(b) and Civil Local Rules 72.1(c) and (d) the

19    petition was referred to Magistrate Judge Gallo for a Report and Recommendation

20    ("R&R").  Now pending before the Court is Respondent's motion to dismiss the petition

21    because it is barred by the statute of limitations.  Judge Gallo issued his R&R on

22    February 4, 2013 agreeing with respondent and giving Herbert until February 28, 2013

23    to file an objection.  Herbert failed to file one, which is of substantial consequence for

24    him.  *See* Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any

25    part of the magistrate judge's disposition that has been properly objected to."); *United

26    States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) (district judge

27    "must review the magistrate judge's findings and recommendations de novo if

28    objection is made, but not otherwise").  The Court has also independently reviewed

1  Judge Gallo's R&R and finds it be thorough and well reasoned.  The Court therefore

2  **ADOPTS** the R&R in its entirety, and Biter's motion to dismiss Herbert's habeas

3  petition is **GRANTED**.

4

5      **IT IS SO ORDERED**.

6  DATED:  March 12, 2013

7

8  **HONORABLE LARRY ALAN BURNS**
   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28